# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Moussa Sango,<br><br>　　　　　Debtor. | Case No. 19-10320-mdc<br><br>Chapter 13 |

### Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, Debtor Moussa Sango, by and through his attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on January 17, 2019.

2. The plan was confirmed on August 8, 2019.

3. The Debtor hereby requests that the Second Amended Chapter 13 Plan filed as ECF No. 32 be approved by the court and adopted as the confirmed chapter 13 plan.

4. The proposed plan cures an arrearage of plan payments by increasing the monthly payment amount.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in his favor as may be necessary and proper under the law.

Date: November 29, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
　　Michael A. Cibik (#23110)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com