# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Moussa Sango,

        Debtor.

Case No. 19-10320-mdc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

U.S. Bank National Association (CM/ECF)
Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346


Date: November 29, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com