**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                                :Chapter 13
**Moussa Sango**


  (DEBTOR)                                               :Bankruptcy  #19-10320MDC13


<u>PRAECIPE</u>


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the MOTION TO MODIFY PLAN document #33, we filed in the above-referenced case on or about November 29, 2023.


DATED:January 31, 2024              <u>/s/ Michael A. Cibik</u>
                                    Michael A.Cibik, Esquire
                                    Cibik Law,P.C.
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    (215) 735-1060