Certificate Number: 16339-PAE-DE-038396265

Bankruptcy Case Number: 19-10320



16339-PAE-DE-038396265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2024, at 2:04 o'clock PM EDT, Moussa Sango completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 19, 2024                              By:     /s/Kelley Tipton

                                                   Name:   Kelley Tipton

                                                   Title:   Certified Financial Counselor