United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Moussa Sango  
    Debtor

Case No. 19-10320-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 25, 2024      Form ID: 138OBJ      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moussa Sango, 221 S. 3rd Street, Colwyn, PA 19023-2904 |
| 14259900 | + | Equifax, P.O. Box 144717, Orlando, FL 32814-4717 |
| 14259905 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14259907 | + | Phelan, Halinan & Smieg, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14266344 | | U.S. Bank National Association, c/o Robert J. Davidow, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14259897 | | Email/Text: RA-BCSEBKN@state.pa.us | Apr 26 2024 00:28:00 | Bureau Of Child Support Enforcement, P. O. box 8018, Harrisburg, PA 17105-8018 |
| 14259899 | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14259898 | + | Email/Text: ecf@ccpclaw.com | Apr 26 2024 00:28:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14259901 | ^ | MEBN | Apr 25 2024 23:52:47 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14259902 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 00:28:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14264047 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:37:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14259904 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:38:00 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14259906 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 26 2024 00:28:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14259909 | | Email/Text: DASPUBREC@transunion.com | Apr 26 2024 00:28:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14259908 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2024 00:28:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14267538 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 26 2024 00:28:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14662308 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2024 00:37:53 | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14662304 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2024 00:38:26 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14662306 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2024 00:38:09 | Wells Fargo Bank, NA., MAC N9286-01Y, 1000 Blue Gentian Road, Egan, MN 55121-1663 |
| 14259910 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2024 00:38:26 | Wells Fargo Home Mortgage, Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14259903 | * | I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 12051, Philadelphia, PA 19105-2051 |
| 14264717 | ##+ | U.S. Bank National Association, et al., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Moussa Sango help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT J. DAVIDOW | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET.AL. robert.davidow@phelanhallinan.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Moussa Sango
        Debtor(s)

Case No: 19−10320−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/25/24

52 − 48
Form 138OBJ